Tommy **ALEXANDER, Sr.,**
Petitioner–Appellant,

v.

**R.D. MILES, Warden, Respondent–**
Appellee.

No. 04–41007.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2005.

Tommy Alexander, Sr, Beaumont, TX, pro se.

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Tommy Alexander, Sr., federal prisoner # 07193–035, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition challenging his 1990 convictions on multiple drug and firearm counts that resulted in a sentence that includes concurrent terms of life imprisonment. He argues that he is entitled to proceed pursuant to 28 U.S.C. § 2241 because the 28 U.S.C. § 2255 remedy is inadequate or ineffective. He also argues the merits of several claims for relief.

Alexander has not met his burden of showing that he meets the requirements for filing a 28 U.S.C. § 2241 petition under the savings clause of 28 U.S.C. § 2255. He has neither pointed to a retroactively applicable Supreme Court decision which establishes that he may have been imprisoned for conduct that was not prohibited by law nor shown that his claims were foreclosed by circuit law at the time of his conviction, appeal, or first 28 U.S.C. § 2255 motion. *See Reyes–Requena v. United States,* 243 F.3d 893, 903–04 (5th Cir.2001).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.